1   KEVIN V. RYAN, CSBN 118321
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-6915
        FAX: (415) 436-7169
7
    Attorneys for Respondents
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  VICTOR SARAVIA-PAGUADA,              )      No. C 04-3940-JSW
                                         )
14          Petitioner,                  )
                                         )      **STIPULATION TO MODIFIED**
15      v.                               )      **BRIEFING SCHEDULE; AND**
                                         )      [~~PROPOSED~~] **ORDER**
16  TOM RIDGE, in his Official Capacity, )
    Secretary of the Department of Homeland )
17  Security; JOHN ASHCROFT, in his Official )
    Capacity, Attorney General, Department of )
18  Justice; NANCY ALCANTAR, in her      )
    Official Capacity, Field Office Director of )
19  Detention and Removal Operations, San )
    Francisco U.S. Immigration and Customs )
20  Enforcement,,                        )
                                         )
21          Respondents.                 )
    _____)

22      (1) On February 17, 2005, this Court issued a briefing schedule on the petitioner's Motion to

23  Alter or Amend the Judgment in the above-captioned matter.  The motion is scheduled to be

24  heard on June 10th, 2005 at 9:00 a.m.

25      (2) According to the briefing schedule, the respondents' opposition is due on April 22, 2005,

26  and the petitioner's reply is due on April 29, 2005.

27      (3) The parties do not seek to re-schedule the date of the hearing on the motion.  However,

28  the parties do request, subject to the Court's approval, to extend the dates of their filings as

MODIFED BRIEFING SCHEDULE
C 04-3940-JSW                    -1-

follows:

Respondents' Opposition to Motion to Alter or Amend:     May 3, 2005

Petitioner's Reply:     May 17, 2005

Date: April 20, 2005             Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Respondents

Date: April 20, 2005             /s/
STACY TOLCHIN
VAN DER HOUT, BRIGAGLIANO &
NIGHTINGALE, LLP
Attorneys for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   April 21, 2005           /s/ Jeffrey S. White
_____
JEFFREY S. WHITE
United States District Judge

---

[1]I, Edward A. Olsen, attest that both Attorney Tolchin and I have signed this stipulation and will produce the original signed copies upon request.

MODIFED BRIEFING SCHEDULE
C 04-3940-JSW         -2-