Marc Van Der Hout (California Bar # 80778)
Zachary Nightingale (California Bar #184501)
Stacy Tolchin (California Bar #217431)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Petitioner

KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
Facsimile: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Victor SARAVIA-PAGUADA,<br><br>   Petitioner,<br><br>   v.<br><br>Tom RIDGE, in his Official Capacity, Secretary Department of Homeland Security; John ASHCROFT, Official Capacity, Attorney General Department of Justice; Nancy ALCANTAR, in her Official Capacity Field Office Director of Detention and Removal Operations, San Francisco U.S. Immigration and Customs Enforcement,<br><br>   Respondents. | Case No. C 04-3940 JSW<br><br>**STIPULATION TO TRANSFER PETITION FOR WRIT OF HABEAS CORPUS TO NINTH CIRCUIT COURT OF APPEALS; AND [PROPOSED] ORDER TRANSFERRING CASE** |

STIP AND [PROP] ORDER TRANSFERRING CASE          No: C 04-3940 JSW

1   Petitioner filed a petition for writ of habeas corpus on September 17, 2004 challenging the
2   Board of Immigration Appeals ("BIA") decision in his immigration case. The parties fully briefed
3   the petition, and on January 7, 2005, this Court held a hearing on the matter. On January 13, 2005,
4   the Court denied Petitioner's petition for writ of habeas corpus. On January 24, 2005, Petitioner
5   filed a motion to amend or alter judgment, and Respondents filed an opposition to that motion on
6   May 3, 2005. Petitioner's reply to that motion is currently due today, May 17, 2005, and a hearing
7   has been set on the motion for June 10, 2005.

8   In lieu of the filing of Petitioner's reply, and the hearing before the Court on June 10, 2005,
9   the parties agree that transfer to the U.S. Court of Appeals for the Ninth Circuit is appropriate in
10  this matter. Pursuant to section 106(c) "Real ID Act of 2005," Pub. L. No.109-13, 119 Stat. 231
11  (May 11, 2005), petitions for writ of habeas corpus challenging decisions of removal that are
12  pending at the time of the enactment of the REAL ID Act shall be transferred to the Court of
13  Appeals for the circuit in which a petition for review could have been properly filed under 8 U.S.C.
14  § 1252(a), as amended by the REAL ID Act. See REAL ID § 106(c). The Court of Appeals shall
15  treat the transferred case as a petition for review, except that the time requirements for filing a
16  petition for review shall not apply. Id.

17  The parties agree that transfer is appropriate pursuant to REAL ID § 106(c) and that the
18  June 10, 2005 hearing on Petitioner's motion to amend or alter judgment should be vacated. The
19  parties stipulate that, subject to Court approval, the stay of removal ordered by the Court shall
20  expire 30 days after the Court's notification to the parties that the case has been transferred to the
21  Court of Appeals so that Petitioner has the opportunity to file a motion for a stay of removal with
22  the Ninth Circuit, if necessary.

STIP AND [PROP] ORDER TRANSFERRING CASE    No: C 04-3940 JSW

Dated: May 17, 2005        Respectfully submitted,

                                   /s/
                                    EDWARD A. OLSEN
                                    Assistant United States Attorney
                                    Attorney for Respondents

Date: May 17, 2005         /s/
                                    MARC VAN DER HOUT
                                    Van Der Hout, Brigagliano & Nightingale, LLP
                                    Attorney for Petitioner

I declare under penalty of perjury that concurrence in the filing of this document has been obtained from Edward Olsen.

Dated: May 17, 2005         /s/
                                    MARC VAN DER HOUT

Pursuant to stipulation, IT IS SO ORDERED. The Clerk is directed to transfer this case to the Ninth Circuit forthwith.

Date: May 18, 2005         /s/ Jeffrey S. White
                                    Hon. Jeffrey S. White
                                    United States District Judge